No. 651. THE ARIZONA EASTERN RAILROAD COMPANY AND EPES RANDOLPH AND L. H. MANNING, ITS SURETIES, PLAINTIFFS IN ERROR, *v.* W. N. BRYAN. In error to the Supreme Court of the State of Arizona. Motion to dismiss or affirm or place on the summary docket submitted January 9, 1917. Decided January 15, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *Chicago Junction Railway Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre, ante,* 169; (2) *Norfolk & Western Railway Co.* v. *Earnest,* 229 U. S. 114, 121–122. *Mr. Eugene S. Ives* for the plaintiffs in error. *Mr. Thomas Armstrong, Jr., Mr. Ernest W. Lewis* and *Mr. G. P. Bullard* for the defendant in error.